IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

2006 JAN 11 A 9:56

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

Michael Neal Duff
_____
Full name and prison number of plaintiff(s)

v.

Greg Ward
_____
_____
_____
_____
Name of person(s) who violated your constitutional rights.
(List the names of all the persons)

CIVIL ACTION NO. 1:06cv24-T
(To be supplied by the Clerk of the U.S. District Court)

I.   PREVIOUS LAWSUITS

   A.   Have you begun other lawsuits in state or federal court dealing with the same or similar facts involved in this action?   Yes ( )   No (✓)

   B.   Have you begun other lawsuits in state or federal court relating to your imprisonment?   Yes ( )   No (✓)

   C.   If your answer to A or B is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline).

      1.   Parties to this previous lawsuit:
         Plaintiff(s) _____
         _____
         Defendant(s) _____
         _____

      2.   Court (if federal court, name the district; if state court, name the county)
         _____
         _____

      3.   Docket No. _____

      4.   Name of Judge to whom case was assigned _____

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending? _____

6. Approximate date of filing lawsuit _____

7. Approximate date of disposition _____

II. PLACE OF PRESENT CONFINEMENT Geneva County Jail Geneva Alabama

PLACE OR INSTITUTION WHERE INCIDENT OCCURRED Geneva County Jail

III. NAME AND ADDRESS OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS.

| | NAME | ADDRESS |
|---|---|---|
| 1. | Greg Ward (Sheriff) | Geneva Al |
| 2. | Carl Prowe (Jail Adm) | Geneva Al |
| 3. | Jail Admistration | Geneva Al |
| 4. | | |
| 5. | | |
| 6. | | |

IV. THE DATE UPON WHICH SAID VIOLATION OCCURRED November 23, 2005

V. STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

GROUND ONE: Sleeping on the floor

STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND. (State as best you can the time, place, manner, and person involved).

Since I have been here at the Geneva County Jail I have slept on the floor. I am supposed to be 6 inches off the floor. The concreate is a hazard to my health

GROUND TWO: medical

GROUND TWO: medical

SUPPORTING FACTS: I am in over crowding conditions with is subject to sickness and major health problems. When I could be moved to different areas to avoid my health being harmed.

GROUND THREE: Shower/Toilet

SUPPORTING FACTS: The shower has a back up in it. When I shower the water does not drain properly. Overcrowding causes this a problem a bacteria backs up.

VI. STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. MAKE NO LEGAL ARGUMENT. CITE NO CASES OR STATUTES.

$150,000 (Dollars)

Signature of plaintiff(s)

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED on Jan. 7 2006.
            (date)

Signature of plaintiff(s)