| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _Kenmot Ju.__ ☐ Agent ☐ Addressee<br>B. Received by (Printed Name)  C. Date of Delivery  1-17a |
| 1. Article Addressed to:<br><br>Geneva Co. Jail<br>P.O. Box 115<br>Geneva AL 36340<br>Attn: Carl Rowe<br>complaint & ord #3 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>3. Service Type<br>☒ Certified Mail  ☐ Express Mail<br>☐ Registered  ☐ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number<br>(Transfer from service label) | 7005 1820 0002 3465 2324 |

PS Form 3811, February 2004    Domestic Return Receipt   06-2X    102595-02-M-1540

■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

A. Signature
X *Romell Lewis*
☐ Agent
☐ Addressee

B. Received by ( Printed Name )

C. Date of Delivery
1-17-06

1. Article Addressed to:

Geneva Co. Jail
P.O. Box 115
Geneva AL 36340
Attn: Greg Ward

complaint & order #3

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
☒ Certified Mail    ☐ Express Mail
☐ Registered        ☐ Return Receipt for Merchandise
☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
(Transfer from service label)
7005 1820 0002 3465 2317

PS Form 3811, February 2004    Domestic Return Receipt    06·24    102595-02-M-1540