# Exhibit A
# Booking Sheet of Michael Duff dated November 23, 2005

#27

# GENEVA COUNTY JAIL

# BOOKING SHEET

Probation Check UWR

Warrant Book UWR

Date 11-23-05 Time 5:00

Name Duff (LAST) Michael (FIRST) (MIDDLE)

Alias

Date of Arrest 11-23-05 Social Security No. 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

Race B Sex M Age 25 Eyes Bro Hair Blk

Ht. 6'2" Wt. 180 DOB 3-12-80 Photo — F.P.

Address 542 S Broad St. Samson AL (STREET) (APT.) (CITY) (STATE) (ZIP)

Telephone I.D. No.

NCIC Check

Next of Kin Relationship

Address (STREET) (APT.) (CITY) (STATE) (ZIP)

| Charge | Bond | Charge | Bond |
|---|---|---|---|
| Cocaine Sale | 5,000.00 | | |
| Resist Arrest w/ Poison cwith | 500.00 | | |
| | | | |

ARRESTING OFFICER Tony Helms (PLEASE PRINT)

Signature

STATE / (COUNTY) / HARTFORD / GENEVA / SAMSON / SLOCOMB

BOOKING OFFICER Marilyn (PLEASE PRINT)

RELEASE INFORMATION

I have received all properties taken from me by the Geneva County Sheriff's Department.

Signature of Person Released

Date of Release Time Type of Release

Signature of Releasing Officer

P.O.E.
OCCUPATION
P.O.B. Sarasota FL.
HOLD Samson P

WARRANT # GJ #9
WARRANT #
WARRANT #
WARRANT #

# BOOKING SHEET

Inmate Name ______________________ Date ______________ Time __________

HEALTH SCREENING FORM

1. Have you ever had or been treated for: (mark box if answer is yes)

- ☐ a. Asthma
- ☐ b. Heart Trouble
- ☐ c. Hypertension
- ☐ d. Diabetes
- ☐ e. Epilepsy or Seizure
- ☐ f. Drug Addiction
- ☐ g. Alcoholism
- ☐ h. Mental Illness
- ☐ i. Venereal Disease
- ☐ j. Tuberculosis
- ☐ k. Ulcer
- ☐ l. Faintly of recent head injury
- ☐ m. Hepatitis

If any response was yes, please explain and give date of last treatment. ______________________

2. Are you allergic to anything? no If yes, what? ______________________

3. Have you ever been determined to be HIV positive? no If yes, when? ______________________

4. Are you currently taking any prescription medication? no If yes, what? ______________________

For what? ______________________

5. Does the inmate require a special diet prescribed by a physician? no If yes, what? ______________________

For what? ______________________

6. Do you have any other medical or mental problem we should know about? no If yes, what? ______________________

# Exhibit B
# Affidavit of Greg Ward

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | | |
|---|---|---|
| MICHAEL NEAL DUFF, | ) | |
| Plaintiff, | ) | |
| v. | ) | Civil Action No. 1:06-CV-00024-MHT-VPM |
| GREG WARD, ET.AL, | ) | |
| Defendant. | ) | |

AFFIDAVIT OF GREG WARD

STATE OF ALABAMA )
)
COUNTY OF GENEVA )

1. My name is Greg Ward. I am over the age of nineteen and competent to make this affidavit.

2. I am the duly elected Sheriff for Geneva County, Alabama.

3. I am familiar with the Plaintiff due to his being incarcerated in the Geneva County Jail.

4. I state affirmatively that I neither acted, nor caused anyone to act, in such a manner as to deprive the Plaintiff of any right to which he was entitled.

5. I have delegated the responsibility for overseeing the day-to-day operations of the Geneva County Jail to Carl Rowe, the Jail Administrator.

6. The first knowledge that I had of the Plaintiff's complaints and allegations was when I was served with this Court's Order to file a Special Report. At no time during his incarceration has the Plaintiff complained to me, either verbally or in writing, concerning any of the allegations raised in the Complaint. At no time during his incarceration have I received a

grievance from the Plaintiff, either verbally or in writing, concerning any of the allegations raised in the Complaint. To my knowledge, the Plaintiff never made any complaint to any employee at the Geneva County Jail regarding any of the allegations in his Complaint.

7. I swear, to the best of my present knowledge and information, that the above statements are true, that I am competent to make this affidavit, and that the above statements are made by drawing from my personal knowledge of the situation.

GREG WARD

**SWORN TO** and **SUBSCRIBED** before me this 15th day of February, 2006.

NOTARY PUBLIC
My Commission Expires: Sept 26th 2006

# Exhibit C
# Affidavit of Carl Rowe

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**

| | | |
|---|---|---|
| **MICHAEL NEAL DUFF,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Civil Action No. 1:06-CV-00024-MHT-VPM** |
| | ) | |
| **GREG WARD, ET.AL,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**AFFIDAVIT OF CARL ROWE**

| | |
|---|---|
| **STATE OF ALABAMA** | ) |
| | ) |
| **COUNTY OF GENEVA** | ) |

1. My name is Carl Rowe. I am over the age of nineteen and competent to make this affidavit.

2. I am the Jail Administrator for the Geneva County Jail.

3. I am familiar with the Plaintiff due to his being incarcerated in the Geneva County Jail.

4. I state affirmatively that I neither acted, nor caused anyone to act, in such a manner as to deprive the Plaintiff of any right to which he was entitled.

5. The Geneva County, Alabama Sheriff's Department operates the Geneva County Jail pursuant to sound policies and procedures which ensure that the rights of all inmates incarcerated therein are respected. Members of the jail staff are trained both in house and at certified training programs and academies regarding all aspects of their jobs, including the administration of medical care to inmates.

6. It is the policy of the Geneva County, Alabama Sheriff's Department that all inmates confined in the Geneva County Jail are entitled to a level of health care comparable to that available to the citizens in the surrounding community in order that the inmates' physical and emotional well-being may be maintained. All medical care rendered to inmates in the Geneva County Jail is delivered under the direction of a licensed health care practitioner. It is departmental policy that no member of the jail staff, or any other Sheriff's Department employee, may ever summarily or arbitrarily deny an inmate's reasonable request for medical services. All judgments regarding the necessity of medical treatment are left to a licensed health care practitioner

7. It is the policy of the Geneva County Sheriff's Department that all inmates incarcerated in the Geneva County Jail be allowed to request health care services at any time. Requests of an emergency nature may be made either verbally or in writing, but all requests for non-emergency care from state or county inmates must be submitted in writing. Inmates are given forms by the jailers to write out their medical request. Members of the jail staff are charged with the responsibility of accepting requests for medical treatment from inmates and taking appropriate action to see that those requests are dealt with in a prompt and appropriate manner. Inmates with non-emergency medical problems are taken to see Dr. O.D. Mitchum in Geneva, Alabama. Inmates who have an emergency medical problem are taken to the Emergency Room for treatment.

8. When a member of the jail staff receives a request for medical treatment from an inmate, it is his or her responsibility to turn that request form over to the duty jailer or matron. It is then the on duty jailer or matron's responsibility to make an appointment for the inmate with an appropriate health care provider. Any doubt as to whether an actual need exists for medical

treatment is resolved in favor of the inmate, with medical services being offered. All requests of an emergency nature are handled immediately.

9. If the Plaintiff had been in need of medical care or treatment, he would have received treatment in accordance with the policy and procedures of the Geneva County Jail.

10. Plaintiff has been incarcerated at the Geneva County Jail numerous times. During his previous incarcerations, Plaintiff has submitted 18 inmate request forms. However, none of them concern the allegations of his Complaint.

11. The Geneva County Jail is subject to routine maintenance and repairs on a regular basis by the custodian.

12. It is the policy of the Geneva County Sheriff's Department that persons incarcerated in the Geneva County Jail be housed in humane and sanitary conditions. On a daily basis, inmates are given cleaning materials in order that they may sanitize the living areas of their cells, under the supervision of a member of the jail staff. Inmates are also given cleaning materials to clean their toilet and shower areas on a daily basis. In addition, at any time, an inmate may request cleaning materials, and such materials are routinely provided by members of the jail staff in response to such requests. Common areas of the jail, including hallways and catwalks, are cleaned by trustics every morning. The jail is regularly inspected for cleanliness by jail staff.

13. All inmates, including the Plaintiff, are always provided with a mattress and a blanket for sleeping in the event that the number of inmates exceeds the number of beds at the jail. Never has the Plaintiff had to sleep on the floor without a mattress and blanket. In fact, Plaintiff is assigned two mattresses to use stacked together. As soon as a bunk becomes

available in the cell block due to the release of an inmate, any inmate sleeping on mattresses on the floor may move to the bunk. There is no jail policy providing that mattresses must allow inmates to sleep 6 inches off of the floor.

14. Blankets are laundered between inmates. In the interim, they can also be laundered upon inmate request.

15. The Plaintiff has access to three toilets and three sinks 24-hours a day. He also has access to a shower 24-hours a day.

16. Often inmates will purposefully overflow the toilets by stopping the toilet up with objects such as razors or even a toilet brush and then repeatedly flushing the toilet. In such case, jail staff members will ensure that the toilets are fixed as soon as possible.

17. There has been a problem with water standing in the shower, as the shower drains slowly while it is being used. The Sheriff and I have had work done with regard to this issue, and are attempting to remedy the problem. However, while an inmate is showering, two inches of water, at the most, is standing in the shower.

18. Internal grievance procedures at the Geneva County Detention Facility are available to all inmates. It is the policy of the Geneva County Detention Facility that inmates are permitted to submit grievances and that each grievance will be acted upon accordingly. Inmates are given an inmate grievance form upon their request to complete and return to a detention center staff member for any grievance they may have. Inmates can request a form from a jailer at any time in order to record their grievance. These forms are collected by the jailers. If the jailer cannot adequately respond to the grievance, then it is given to me. It is further the policy and procedure of the Geneva County Detention Facility to place each such grievance in the inmate's file for a record of the same.

19. The form given to an inmate to make a medical request is the same form given to an inmate to submit a grievance. On the form there is a space for the inmate to check whether he or she is making a medical request, submitting a grievance, or submitting another type of request.

20. Upon my review of the Plaintiff's inmate file, Plaintiff has not filed a grievance in regards to the allegations made the basis of his Complaint. Had I received such a grievance, I would have followed procedures and responded to the grievance accordingly. Had the Plaintiff submitted such a grievance, it would have been placed in his inmate file.

21. The first knowledge that I had of the Plaintiff's complaints and allegations was when I was served with this Court's Order to file a Special Report. At no time during his incarceration has the Plaintiff complained to me, either verbally or in writing, concerning any of the allegations raised in the Complaint. At no time during his incarceration have I received a grievance from the Plaintiff, either verbally or in writing, concerning any of the allegations raised in the Complaint. To my knowledge, the Plaintiff never made any complaint to any employee at the Geneva County Jail regarding any of the allegations in his Complaint.

22. I certify and state that the documents from Plaintiff's Inmate File provided to the Court which are attached to the Defendants' Special Report are true and correct copies of these records, kept at the Geneva County Jail in the regular course of business. I am the Custodian of these Records.

23. I swear, to the best of my present knowledge and information, that the above statements are true, that I am competent to make this affidavit, and that the above statements are made by drawing from my personal knowledge of the situation.

CARL ROWE

**SWORN TO** and **SUBSCRIBED** before me this 16th day of February, 2006.

NOTARY PUBLIC
My Commission Expires: Sept 26th 2006

# Exhibit D
# Inmate Request Forms

GENEVA COUNTY JAIL

INMATE REQUEST FORM

NAME ______________ CELL __________ DATE __________

TIME __________

TELEPHONE CALL ______ MEDICAL ______ HEARING REQUEST ______ GRIEVANCE ______

SHERIFF ______ CHIEF JAILER ______ VISIT ______ PERSONAL PROBLEM ______

NOTARY ______ OTHER ______________________ DENTAL ______

BRIEFLY OUTLINE YOUR REQUEST, THEN GIVE TO JAILER.

DO NOT WRITE BELOW!! FOR SHERIFF'S DEPARTMENT USE ONLY!!

ALL REQUESTS WILL BE ROUTED THROUGH THE JAIL SHIFT SUPERVISOR.

SHIFT SUPERVISOR ______ JAIL ADMINISTRATOR ______ SHERIFF ______

JAILER ______________ DATE 3-30-99 TIME 9:53
SIGNATURE

TO BE PLACED IN INMATE FILE.

4-5-99 at 2:30

GENEVA COUNTY JAIL

INMATE REQUEST FORM

NAME [illegible] CELL [illegible] DATE [illegible]

TIME [illegible] am

TELEPHONE CALL ______ MEDICAL ✓ HEARING REQUEST ______ GRIEVANCE ______

SHERIFF ______ CHIEF JAILER ______ VISIT ______ PERSONAL PROBLEM ______

NOTARY ______ OTHER ______ DENTAL ______

BRIEFLY OUTLINE YOUR REQUEST, THEN GIVE TO JAILER.

When I [illegible] I have a burning sensation. I think I have a kidney infection.

DO NOT WRITE BELOW!! FOR SHERIFF'S DEPARTMENT USE ONLY!!

ALL REQUESTS WILL BE ROUTED THROUGH THE JAIL SHIFT SUPERVISOR.

SHIFT SUPERVISOR ______ JAIL ADMINISTRATOR ______ SHERIFF ______

JAILER ______ DATE ______ TIME ______
SIGNATURE

TO BE PLACED IN INMATE FILE.

GENEVA COUNTY JAIL

INMATE REQUEST FORM

NAME [illegible] CELL [illegible] DATE 8-14-99

TIME ______

TELEPHONE CALL ______ MEDICAL ✓ HEARING REQUEST ______ GRIEVANCE ______

SHERIFF ______ CHIEF JAILER ______ VISIT ______ PERSONAL PROBLEM ______

NOTARY ______ OTHER ______ DENTAL ______

BRIEFLY OUTLINE YOUR REQUEST, THEN GIVE TO JAILER.

Kidney infection

DO NOT WRITE BELOW!! FOR SHERIFF'S DEPARTMENT USE ONLY!!

ALL REQUESTS WILL BE ROUTED THROUGH THE JAIL SHIFT SUPERVISOR.

SHIFT SUPERVISOR ______ JAIL ADMINISTRATOR ______ SHERIFF ______

JAILER [signature] DATE 8-9-99 TIME 12:28

SIGNATURE

TO BE PLACED IN INMATE FILE.

8-16-99 3:30

GENEVA COUNTY JAIL

INMATE REQUEST FORM

NAME [illegible] CELL [illegible] DATE [illegible]

TIME ______

TELEPHONE CALL ______ MEDICAL ✓ HEARING REQUEST ______ GRIEVANCE ______

SHERIFF ______ CHIEF JAILER ______ VISIT ______ PERSONAL PROBLEM ______

NOTARY ______ OTHER ______ DENTAL ______

BRIEFLY OUTLINE YOUR REQUEST, THEN GIVE TO JAILER.

[illegible handwriting]

DO NOT WRITE BELOW!! FOR SHERIFF'S DEPARTMENT USE ONLY!!

ALL REQUESTS WILL BE ROUTED THROUGH THE JAIL SHIFT SUPERVISOR.

SHIFT SUPERVISOR [signature] JAIL ADMINISTRATOR ______ SHERIFF ______

JAILER [signature] DATE 3-1-99 TIME 8:00

SIGNATURE

TO BE PLACED IN INMATE FILE.

[illegible] 2/10-3/1-99

684-9403

GENEVA COUNTY JAIL

INMATE REQUEST FORM

NAME Michael N. Duff CELL R-right DATE 3-8-44

TIME 9:39 A.M

TELEPHONE CALL ____ MEDICAL ✓ HEARING REQUEST ____ GRIEVANCE ____

SHERIFF ____ CHIEF JAILER ____ VISIT ____ PERSONAL PROBLEM ✓

NOTARY ____ OTHER ____________ DENTAL ____

BRIEFLY OUTLINE YOUR REQUEST, THEN GIVE TO JAILER.

I have been Burning From My Penis the pass week I need to see the Docker.

Respectfully yours
In pain.
Michael N. Duff

DO NOT WRITE BELOW!! FOR SHERIFF'S DEPARTMENT USE ONLY!!

ALL REQUESTS WILL BE ROUTED THROUGH THE JAIL SHIFT SUPERVISOR.

SHIFT SUPERVISOR ____ JAIL ADMINISTRATOR ____ SHERIFF ____

JAILER ____________ DATE ________ TIME ________
SIGNATURE

TO BE PLACED IN INMATE FILE.

GENEVA COUNTY JAIL

INMATE REQUEST FORM

NAME [illegible] CELL [illegible] DATE [illegible]

TIME [illegible]

TELEPHONE CALL ______ MEDICAL ✓ HEARING REQUEST ______ GRIEVANCE ______

SHERIFF ______ CHIEF JAILER ______ VISIT ______ PERSONAL PROBLEM ✓

NOTARY ______ OTHER ______________ DENTAL ______

BRIEFLY OUTLINE YOUR REQUEST, THEN GIVE TO JAILER.

When I urinate there a burning sensation and its not functioning like its supposed to.

DO NOT WRITE BELOW!! FOR SHERIFF'S DEPARTMENT USE ONLY!!

ALL REQUESTS WILL BE ROUTED THROUGH THE JAIL SHIFT SUPERVISOR.

SHIFT SUPERVISOR ______ JAIL ADMINISTRATOR ______ SHERIFF ______

JAILER [signature] DATE 3-22-97 TIME 9:02

SIGNATURE

TO BE PLACED IN INMATE FILE.

Apt. 3-2? ~ 3-22-99 ~

2nd Request

# INMATE REQUEST FORM

Name: Michael Duff Cell: 115 Date: Feb 7 06 Time: 12:10

Telephone Call ☐ Medical ☑ Hearing Request ☐ Grievance ☐ Sheriff ☐

Chief Jailer ☐ Special Visit ☐ Personal Problem ☐ Notary ☐ Trusty ☐

Other ☐ ____________

BRIEFLY OUTLINE YOUR REQUEST, THEN GIVE TO JAILER.

I need to go to Doctor. I think I may have to have to ... [illegible] ... cause ... [illegible] ... problems

Thank you, Michael Duff

*DO NOT WRITE BELOW THIS LINE, FOR REPLY ONLY*

Apt. at 3:30 - on 2/17/06.

All requests will be routed through the jail shift supervisor then forwarded to those the request is directed to.

Shift Supervisor ☐ Captain ☐ Major ☐ Sheriff ☐

Jailer: [signature] Date: 2-8-06 Time: 815

*Copies to:* *Inmate*
*Inmate file*
*Chief Jailer*
*Disciplinary Hearing Board*



# INMATE REQUEST FORM

Name: Michael Duff Cell: L/5 Date: Feb 7 00 Time: 6:30 AM

Telephone Call [ ] Medical [✓] Hearing Request [ ] Grievance [ ] Sheriff [ ]

Chief Jailer [ ] Special Visit [ ] Personal Problem [ ] Notary [ ] Trusty [ ]

Other [✓] Dentist

BRIEFLY OUTLINE YOUR REQUEST, THEN GIVE TO JAILER.

[illegible] tooth aches I need to see a dentist.

Thank you
Michael Duff

*DO NOT WRITE BELOW THIS LINE, FOR REPLY ONLY*

Apt. 2-14-00 - at 10:30 AM. DR. [illegible]

All requests will be routed through the jail shift supervisor then forwarded to those the request is directed to.

Shift Supervisor [ ] Captain [ ] Major [ ] Sheriff [ ]

Jailer: [signature] Date: 2-7-00 Time: 9:30

*Copies to:*
*Inmate*
*Inmate file*
*Chief Jailer*
*Disciplinary Hearing Board*

GENEVA COUNTY JAIL

INMATE REQUEST FORM

NAME ______ CELL ______ DATE ______

TIME ______

TELEPHONE CALL ______ MEDICAL ______ HEARING REQUEST ______ GRIEVANCE ______

SHERIFF ______ CHIEF JAILER ______ VISIT ______ PERSONAL PROBLEM ______

NOTARY ______ OTHER ______ DENTAL ______

BRIEFLY OUTLINE YOUR REQUEST, THEN GIVE TO JAILER.

DO NOT WRITE BELOW!! FOR SHERIFF'S DEPARTMENT USE ONLY!!

ALL REQUESTS WILL BE ROUTED THROUGH THE JAIL SHIFT SUPERVISOR.

SHIFT SUPERVISOR ______ JAIL ADMINISTRATOR ______ SHERIFF ______

JAILER ______ DATE 12-22-01 TIME 1300 PM

SIGNATURE

TO BE PLACED IN INMATE FILE.

Notified Sampson PD 12-28-01

1015 am

S/ D. Weeks

# INMATE REQUEST FORM

Name: [illegible] Cell: [illegible] Date: 5-16-01 Time: 1:25

Telephone Call ☐ Medical ☑ Hearing Request ☐ Grievance ☐ Sheriff ☐

Chief Jailer ☐ Special Visit ☐ Personal Problem ☐ Notary ☐ Trusty ☐

Other ☐ __________

BRIEFLY OUTLINE YOUR REQUEST, THEN GIVE TO JAILER

I have [illegible]. I need to go to the Dental today.

*DO NOT WRITE BELOW THIS LINE, FOR REPLY ONLY*

All requests will be routed through the jail shift supervisor then forwarded to those the request is directed to.

Shift Supervisor ☐ Captain ☐ Major ☐ Sheriff ☐

Jailer: Ramon Perez Brunner Date: 5-16-01 Time: 2:37

*Copies to:* *Inmate*
*Inmate file*
*Chief Jailer*
*Disciplinary Hearing Board*

TOMARROW OR FRIDAY.

INMATE REQUEST FORM

Name: ______ Cell: ______ Date: ______ Time: ______

Telephone Call ☐ Medical ☐ Hearing Request ☐ Grievance ☐ Sheriff ☐
Chief Jailer ☐ Special Visit ☐ Personal Problem ☐ Notary ☐ Trusty ☐
Other ☐ ______

BRIEFLY OUTLINE YOUR REQUEST, THEN GIVE TO JAILER

DO NOT WRITE BELOW THIS LINE, FOR REPLY ONLY

TRACEY BROUGHT SOME PIN. X. ALSO AT DINNER MADE HIM TAKE IT

All requests will be routed through the jail shift supervisor then forwarded to those the request is directed to

Shift Supervisor ☐ Captain ☐ Major ☐ Sheriff ☐

Jailer: ______ Date: ______ Time: ______

*Copies to:* *Inmate*
*Inmate file*
*Chief Jailer*
*Disciplinary Hearing Board*

IT would BE MON OR TUES BEFORE they could TAKE HIM TO THE DOCTOR!

GENEVA COUNTY JAIL

INMATE REQUEST FORM

NAME [signature] CELL Right 10 DATE 10-29-01

TIME ______

TELEPHONE CALL ______ MEDICAL ✓ HEARING REQUEST ______ GRIEVANCE ______

SHERIFF ______ CHIEF JAILER ______ VISIT ______ PERSONAL PROBLEM ______

NOTARY ______ OTHER SAMSON DENTAL ✓

BRIEFLY OUTLINE YOUR REQUEST, THEN GIVE TO JAILER.

Absest wisdom Tooth Right side.

DO NOT WRITE BELOW!! FOR SHERIFF'S DEPARTMENT USE ONLY!!

ALL REQUESTS WILL BE ROUTED THROUGH THE JAIL SHIFT SUPERVISOR.

SHIFT SUPERVISOR ______ JAIL ADMINISTRATOR ______ SHERIFF ______

JAILER [signature] DATE 10-29-01 TIME 3:00PM
SIGNATURE

10-29-01 TO BE PLACED IN INMATE FILE.

(2:58PM) Jim (Dispatcher) Advise he would talk Traci Wise. She Called and advised they would take Him but he would have to pay for it. [signature]

Samuel

# INMATE REQUEST FORM

Name:______________________ Cell:__________ Date:__________ Time:__________

Telephone Call ☐ Medical ☐ Hearing Request ☐ Grievance ☐ Sheriff ☐

Chief Jailer ☐ Special Visit ☐ Personal Problem ☐ Notary ☐ Trusty ☐

Other ☐ ______________________

BRIEFLY OUTLINE YOUR REQUEST, THEN GIVE TO JAILER.

DO NOT WRITE BELOW THIS LINE, FOR REPLY ONLY

Bailed Samuel Together Will Get

DR-Act

All requests will be routed through the jail shift supervisor then forwarded to those the request is directed to.

Shift Supervisor ☐ Captain ☐ Major ☐ Sheriff ☐

Jailer: Josh Robinson Date: 2-19-01 Time: 1:30

*Copies to:* *Inmate*
*Inmate file*
*Chief Jailer*
*Disciplinary Hearing Board*

GENEVA COUNTY JAIL

INMATE REQUEST FORM

NAME [illegible] CELL ______ DATE ______

TIME [illegible]

TELEPHONE CALL ______ MEDICAL ______ HEARING REQUEST ______ GRIEVANCE ______

SHERIFF ______ CHIEF JAILER ______ VISIT ______ PERSONAL PROBLEM ______

NOTARY ______ OTHER ______ DENTAL ______

BRIEFLY OUTLINE YOUR REQUEST, THEN GIVE TO JAILER.

[illegible]

DO NOT WRITE BELOW!! FOR SHERIFF'S DEPARTMENT USE ONLY!!

ALL REQUESTS WILL BE ROUTED THROUGH THE JAIL SHIFT SUPERVISOR.

SHIFT SUPERVISOR ______ JAIL ADMINISTRATOR ______ SHERIFF ______

JAILER [signature] DATE 10-30-01 TIME 6:50pm

SIGNATURE

TO BE PLACED IN INMATE FILE.

Dx Samson they Advised again that he would have to pay.

GENEVA COUNTY JAIL

INMATE REQUEST FORM

NAME ______ CELL ______ DATE ______

TIME ______

TELEPHONE CALL ______ MEDICAL ______ HEARING REQUEST ______ GRIEVANCE ______

SHERIFF ______ CHIEF JAILER ______ VISIT ______ PERSONAL PROBLEM ______

NOTARY ______ OTHER ______ DENTAL ______

BRIEFLY OUTLINE YOUR REQUEST, THEN GIVE TO JAILER.

DO NOT WRITE BELOW!! FOR SHERIFF'S DEPARTMENT USE ONLY!!

ALL REQUESTS WILL BE ROUTED THROUGH THE JAIL SHIFT SUPERVISOR.

SHIFT SUPERVISOR ______ JAIL ADMINISTRATOR ______ SHERIFF ______

JAILER Jack Robinson (SIGNATURE) DATE 2-1-01 TIME 8:15

TO BE PLACED IN INMATE FILE.

Call. Tracey Wise. She would work on getting Rpt. ASAP. She also said he would be Back To The CO. Jack Robinson

Samson

INMATE REQUEST FORM

Name: [illegible] Cell: ______ Date: ______ Time: [illegible]

Telephone Call [ ] Medical [x] Hearing Request [ ] Grievance [ ] Sheriff [ ]

Chief Jailer [ ] Special Visit [ ] Personal Problem [ ] Notary [ ] Trusty [ ]

Other [ ] ______

BRIEFLY OUTLINE YOUR REQUEST, THEN GIVE TO JAILER

[illegible]

*DO NOT WRITE BELOW THIS LINE, FOR REPLY ONLY*

8:50 Called Samson - To Appt.
Samson will work on it

All requests will be routed through the jail shift supervisor then forwarded to those the request is directed to.

Shift Supervisor [x] Captain [ ] Major [ ] Sheriff [ ]

Jailer: [signature] Date: 2-28-01 Time: 8:15

*Copies to:* *Inmate*
*Inmate file*
*Chief Jailer*
*Disciplinary Hearing Board*

# GENEVA COUNTY JAIL

## INMATE REQUEST FORM

NAME [illegible] CELL ______ DATE [illegible]

TELEPHONE CALL ______ MEDICAL ______ DENTAL ✓ HEARING REQUEST ______

GRIEVANCE ______ VISIT ______ PERSONAL PROBLEM ______ OTHER ______

SHERIFF ______ JAIL ADMINISTRATOR ______ JUDGE ______ NOTARY ______

BRIEFLY OUTLINE YOUR REQUEST AND GIVE TO THE JAILER.

I need to [illegible]
don't have a [illegible]
teeth it's getting infected

DO NOT WRITE BELOW!! FOR SHERIFF'S DEPARTMENT USE ONLY

ALL REQUESTS WILL BE ROUTED THROUGH JAILER / MATRON

JAILER ______ MATRON ______ JAIL ADMINISTRATOR ______ SHERIFF ______

JAILER ______ DATE ______ TIME ______
SIGNATURE

TO BE PLACED IN INMATE'S FILE.

2-27-02 AT 1:00 PM

# GENEVA COUNTY JAIL

## INMATE REQUEST FORM

NAME ______________________ CELL ____________ DATE ______________

TELEPHONE CALL ______ MEDICAL ______ DENTAL ______ HEARING REQUEST ______

GRIEVANCE _____ VISIT _____ PERSONAL PROBLEM _____ OTHER ______________

SHERIFF _____ JAIL ADMINISTRATOR ______ JUDGE ______________ NOTARY _____

BRIEFLY OUTLINE YOUR REQUEST AND GIVE TO THE JAILER.

DO NOT WRITE BELOW!! FOR SHERIFF'S DEPARTMENT USE ONLY

ALL REQUESTS WILL BE ROUTED THROUGH JAILER / MATRON

JAILER ________ MATRON ________ JAIL ADMINISTRATOR ✓________ SHERIFF ________

JAILER [signature] DATE 1-7-02 TIME 2:06 Pm

SIGNATURE

TO BE PLACED IN INMATE'S FILE.

Notified Stevens P.D. [illegible] 1-7-02

2:08 Pm

[signature]