IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

MICHAEL NEAL DUFF,                      )
                                        )
          Plaintiff,                    )
                                        )
v.                                      )          CIVIL ACTION NO. 1:06cv24-MHT
                                        )
GREG WARD, et al.,                      )
                                        )
          Defendants.                   )

**ORDER**

On 3 April 2006, the Magistrate Judge filed a Recommendation (Doc. #10) in this case to which no timely objections have been filed.  After a review of the recommendation, to which no timely objections have been filed, and after an independent review of the entire record, the court believes that the recommendation should be adopted.  Accordingly, it is

ORDERED and ADJUDGED as follows:

1.    That the Recommendation of the Magistrate Judge be and is hereby ADOPTED; and .

2.    That this case is DISMISSED without prejudice for the plaintiff's abandonment of his claims, his failure to comply with the orders of this court, and his failure to properly prosecute this cause of action.

Done this the 28th day of April, 2006.

                        _____/s/  Myron H. Thompson_____
                        UNITED STATES DISTRICT JUDGE